IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DONALD GENE BLANTON, #1307891, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | 3:08-CV-1081-O |
| | § | |
| RICK THALER, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
|     Respondent. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND DENYING A CERTIFICATE OF APPEALABILITY

Before the Court is the Recommendation of the United States Magistrate Judge (ECF No. 9) filed in accordance with 28 U.S.C. § 636(b)(1). After reviewing all relevant matters of record in this case, the Court finds that the Findings and Conclusions of the Magistrate Judge are correct and they are **ACCEPTED** as the Findings and Conclusions of the Court.

**SO ORDERED** this **6th** day of **January, 2011**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE